**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Gary Lee Lieving |
| Debtor 2 (Spouse, if filing) | Melissa Irene Lieving; aka Melissa Irene Nemeth; aka Melissa Irene Patterson |
| United States Bankruptcy Court for the: | Southern    District of Ohio (State) |
| Case number | 2:20-bk-50101 |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

### Part 1:    Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee for LB-Shed Series IV Trust

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 6  2  7  6

**Property address:** 2331 Norview Drive
Number        Street

Grove City            Ohio        43123
City                State        ZIP Code

---

### Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

---

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    04 / 01 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:        (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $ _____

c.  **Total.** Add lines a and b.            (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        ___ / ___ / _____
MM / DD / YYYY

---

Debtor 1    Gary Lee Lieving
First Name       Middle Name         Last Name

Case number (*if known*) 2:20-bk-50101

---

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Dylan Dean Smith
Signature

Date   03 / 18 / 2025

Print    Dylan Dean Smith
First Name          Middle Name          Last Name

Title   Attorney for Creditor

Company    Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address    394 Wards Corner Road, Suite 180
Number              Street

Loveland                              OH        45140
City                                  State     ZIP Code

Contact phone  ( 513 ) 444 _ 4100

Email  bankruptcy@sottileandbarile.com

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

In Re:                                              Case No. 2:20-bk-50101

Gary Lee Lieving
Melissa Irene Lieving
  aka Melissa Irene Nemeth                      Chapter 13
  aka Melissa Irene Patterson

Debtors.                                            Judge Mina Nami Khorrami

---

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Agreed Response to Notice of Final Cure was served **electronically** on March 18, 2025 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on March 18, 2025 addressed to:

    Gary Lee Lieving, Debtor
    Melissa Irene Lieving, Debtor
    2331 Norview Drive
    Grove City, OH 43123

                Respectfully Submitted,

                /s/ Dylan Dean Smith
                Dylan Dean Smith (0100430)
                Sottile & Barile, Attorneys at Law
                394 Wards Corner Road, Suite 180
                Loveland, OH 45140
                Phone: 513.444.4100
                Email: bankruptcy@sottileandbarile.com
                Attorney for Creditor